Sandra

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Robert H. Shemwell Clerk
Western District of Louisiana
Shreveport Louisiana

Robert H. Shemwell
Clerk
By _____

CHARLES W. NOWAK

VERSUS

DIOCESE OF LAKE CHARLES
et al

JUDGE TRIMBLE

MAGISTRATE JUDGE WILSON

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
DEC 26 2002
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

COMPLAINT
(1)
**CV02-2657**

22 PRIEST WERE NOT PROS. FOR RAPE & NO ARREST WERE MADE BUT LAKE CHARLES POLICE OFFICER WAS ARRESTED.

PARTIES INVOLVED ALSO ARE WILLFULLY TAKING PAYOFFS + RECIEV. FAVORS.

MY CIVIL RIGHTS HAVE BEEN VIOLATED

SETTLEMENT OF DAMAGES OF $5 BILLION DOLLARS

(2)
LAKE CHARLES POLICE DPT
830 ENTERPRISE BLVD
LAKE CHARLES, LA. 70601        DON DIXON

(3)
SHERIFF DEPT CALCASIEU PARISH
5400 EAST BROAD ST.
LAKE CHARLES, LA. 70115        BETO LUNDRY

(4)
CITY HALL MAYOR              RANDELL ROACH
326 PUJO ST.
LAKE CHARLES, LA 70601

(5)
ATY GEN                      RICHARD IEYOUB
901 LAKE SHORE DR.
LAKE CHARLES, LA 70601

(6)
WESTLAKE POLICE DPT
1001 M MULBERRY
WESTLAKE, LA.

①

(7)

WEST LAKE MAYOR          DUDLEY DIXON
1001 MULBERRY ST
WESTLAKE, LA

(8)

ISLE of CAPRI CASINO
100 WEST LAKE AVE
WESTLAKE, LA.

(9)

HARRAHS LAKE CHARLES
505 NORTH LAKESIDE DR
LAKE CHARLES, LA. 70602

PLEAS GIVE ME A JURY TRIAL

Charles G Nowak
412 MCKENLEY
WEST LAKE LA
706

438 1194