U. S. DISTRICT COURT
WESTERN DISTRICT OF L
FILED

MAR 1 0 200

ROBERT H. SHEMWELL
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHARLES NOWAK | : | DOCKET NO. 2:02 CV 2657 |
| VS. | : | JUDGE TRIMBLE |
| DIOCESE OF LAKE CHARLES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion to Dismiss by Harrah's Lake Charles [doc. 6] for failure to state a claim upon which relief can be granted is GRANTED.

IT IS ORDERED, ADJUDGED and DECREED that the Motion to Dismiss by Lake Charles City Police, Don Dixon and Mayor Randall Roach to Dismiss [doc. 10] for failure to state a claim upon which relief can be granted IS GRANTED.

IT IS ORDERED, ADJUDGED and DECREED that the Motion to Dismiss [doc. 12] by the Society of the Roman Catholic Church of the Diocese of Lake Charles for failure to state a claim upon which relief can be granted IS GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Motion to Dismiss by the Police Department of the City of Westlake [doc. 14] for failure to state a claim upon which relief can be granted IS GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all of the plaintiff's claims



against the above-mentioned defendants ARE DISMISSED WITH PREJUDICE AT THE PLAINTIFF'S COST.

Lake Charles, Louisiana, this 10th day of March, 2003.


_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
March 11, 2003
BY _Pattie Moncead_
COPY _Novak_
_John_
_Leroux_
_Hollins_
_Price_
_Isle of Capri_
_Ammons_
_McCorquodale_
_Cal Par Sheriffs Dept_
_Ciambotti_
_Gray_
_JTTRH_
_JB_